UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :
ALTUANE BROWN,                                                       :
                                                                     :
                              Plaintiff,                             :
                                                                     :        26 Civ. 1878 (JPC)
              -v-                                                    :
                                                                     :        ORDER
H&R BLOCK EASTERN ENT INC., and                                     :
FOXWOOD REALTY LLC                                                   :
                                                                     :
                                                                     :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendants were served on March 30, 2026, making their deadline to respond to the Complaint April 20, 2026. Dkts. 5-6. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court *sua sponte* extends Defendants' deadline to respond to the Complaint to April 30, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by May 7, 2026.

Plaintiff shall serve a copy of this Order on Defendants by April 24, 2026, and file proof of such service on the docket by April 27, 2026.

SO ORDERED.

Dated: April 23, 2026
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                   United States District Judge